**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01115-CV

**DAVID S BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL., Appellants**

**V.**

**RIDGE AT ALTA VISTA INVESTMENTS I, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04398-E**

## ORDER

The Court has before it appellants' June 11, 2013 motion to reinstate appeal. The Court **GRANTS** the motion, **REINSTATES** this appeal, and **ORDERS** appellants to file their brief within thirty days of the date of this order. The Court further **ORDERS** the trial court to hear the joint motion to determine amount of supersedeas bond filed by appellants on July 2, 2012, within thirty days of the date of this order. *See* TEX. R. APP. P. 24.2(c)(2).

/s/     ELIZABETH LANG-MIERS
          JUSTICE